SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
116 S. State Street
Ukiah, California 95482
Telephone:  (707) 463-1196
Facsimile: (707) 462-6258
ssher@pacific.net

Attorney for Plaintiff,
BRIEN S. JONES

ADRIENNE M. MORAN (SBN 136414)
SHAPIRO, GALVIN, SHAPIRO & MORAN
P.O. Box 5589
Santa Rosa, CA 95402-5589
Telephone:  (707) 544-5858
Facsimile: (707) 544-6702
Ade@shapirogalvinlaw.com

Attorneys for Defendant
CITY OF UKIAH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| BRIEN S. JONES, | Case No.: C 11-03574 NJV |
| Plaintiff, | **STIPULATION AND ORDER RE CHANGING ADR DESIGNATION FROM ENE TO MEDIATION** |
| -v- | |
| CITY OF UKIAH, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned matter shall be changed from an ADR designation of Early Neutral Evaluation ("ENE") to a designation of mediation.  The parties

1 agree that such a change of designation would increase the likelihood of resolving this
2 matter.

3 Dated:  December 8, 2011                    LAW OFFICES OF SUSAN SHER

5                                              By:   /s/ Susan Sher
                                                     Susan Sher
6                                                    Attorney for Plaintiff,
                                                     BRIEN S. JONES

8 Dated:  December 8, 2011                    SHAPIRO, GALVIN, SHAPIRO & MORAN

10                                             By:   /s/ Adrienne M. Moran
                                                     Adrienne M. Moran
11                                                   Attorneys for Defendant,
                                                     CITY OF UKIAH

14 **IT IS HEREBY ORDERED** based on the stipulation of the parties that this matter shall be
15 changed from an ADR designation of Early Neutral Evaluation ("ENE") to a designation of
16 mediation.
17 IT IS SO ORDERED.

19 Dated: December 9, 2011
                                                     Nandor J. Vadas
20                                                   U.S. MAGISTRATE JUDGE

22 **E-Filing Concurrence:**   I, Susan Sher, attorney for plaintiff, Brien S. Jones, attest that I have
23 obtained the concurrence of Adrienne M. Moran, attorney for defendant, City of Ukiah, for the filing
24 of this Stipulation and [Proposed] Order.

26 Dated:  December 8, 2011                    By:   /s/ Susan Sher
                                                     SUSAN SHER
27                                                   Attorney for Plaintiff,
                                                     BRIEN S. JONES
28