SUSAN SHER (SBN WA 14210)
Law Offices of Susan Sher
116 S. State Street
Ukiah, California 95482
Telephone:  (707) 463-1196
Facsimile: (707) 462-6258
ssher@pacific.net

Attorney for Plaintiff,
BRIEN S. JONES

ADRIENNE M. MORAN (SBN 136414)
SHAPIRO, GALVIN, SHAPIRO & MORAN
P.O. Box 5589
Santa Rosa, CA 95402-5589
Telephone:  (707) 544-5858
Facsimile: (707) 544-6702
Ade@shapirogalvinlaw.com

Attorneys for Defendant
CITY OF UKIAH

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| BRIEN S. JONES,<br><br>         Plaintiff,<br><br>    -v-<br><br>CITY OF UKIAH,<br><br>         Defendant. | Case No.: C 11-03574 NJV<br><br>**STIPULATION AND ORDER RE CHANGING ADR DESIGNATION FROM ENE TO MEDIATION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned matter shall be changed from an ADR designation of Early Neutral Evaluation ("ENE") to a designation of mediation.  The parties

1  agree that such a change of designation would increase the likelihood of resolving this
2  matter.

3  Dated:  December 8, 2011			LAW OFFICES OF SUSAN SHER

5					By:	/s/ Susan Sher
						Susan Sher
6						Attorney for Plaintiff,
						BRIEN S. JONES

8  Dated:  December 8, 2011			SHAPIRO, GALVIN, SHAPIRO & MORAN

10					By:	/s/ Adrienne M. Moran
						Adrienne M. Moran
11						Attorneys for Defendant,
						CITY OF UKIAH

14  **IT IS HEREBY ORDERED** based on the stipulation of the parties that this matter shall be
15  changed from an ADR designation of Early Neutral Evaluation ("ENE") to a designation of
16  mediation.
17  IT IS SO ORDERED.

19  Dated: December 9, 2011
						Nandor J. Vadas
20						U.S. MAGISTRATE JUDGE

22  **E-Filing Concurrence:**   I, Susan Sher, attorney for plaintiff, Brien S. Jones, attest that I have
23  obtained the concurrence of Adrienne M. Moran, attorney for defendant, City of Ukiah, for the filing
24  of this Stipulation and [Proposed] Order.

26  Dated:  December 8, 2011			By:	/s/ Susan Sher
						SUSAN SHER
27						Attorney for Plaintiff,
						BRIEN S. JONES
28